S. William Manera, Trustee
P.O. Box 44350
Phoenix, AZ 85064-4350
602-795-2796
602-795-2817 (fax)
swm-docs@swmanera.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 7 |
|---|---|
| JEFFERY D. DREWS<br>SHELLY D. DREWS | Case No. 09-18090-PHX GBN |
| Debtor(s) | NOTICE OF TRUSTEE'S INTENT<br>TO ABANDON PROPERTY |

NOTICE IS GIVEN THAT S. William Manera, Trustee, proposes to abandon the following-described property on the grounds that it is burdensome and of inconsequential value to the estate:

Scottsdale Sonoran Villas Condominium.

Any person opposing the abandonment shall file a written objection and request for a hearing within 21 days of the date of mailing of this notice. The date can be obtained by a review of the court docket. The objection shall be filed with the United States Bankruptcy Court, 230 N. First Ave., Phoenix, AZ 85003. A copy of the objection shall be mailed forthwith to the Trustee and his/her Attorney at the following address:

TRUSTEE: S. William Manera, Box 44350, Phoenix, AZ 85064-4350

If a party in interest timely objects to the abandonment in writing and requests a hearing, the matter will be placed on the calendar to be heard by a United States Bankruptcy Judge. If there is no timely written objection and request for hearing filed, no hearing will be held and the property deemed abandoned without a court order having been entered.

| February 26, 2010 | /s/ S. William Manera |
|---|---|
| Date | S. William Manera, Trustee |

# CERTIFICATE OF NOTICE

The following entities were noticed by first class mail on Mar 03, 2010.
```
db/jdb      +JEFFERY D. DREWS,    SHELLY D. DREWS,    10842 N. 41ST DRIVE,    PHOENIX, AZ 85029-3906
cr          +ARIZONA DEPARTMENT ECONOMIC SECURITY, CHILD SUPPOR,    Arizona Attorney General's Office,
              1275 W. Washington,    Phoenix, AZ 85007-2997
cr         +++RECOVERY MANAGEMENT SYSTEMS CORPORATION,    25 SE 2ND AVE #1120,    MIAMI, FL 33131-1605
cr          +Westin SVO Arizona, Inc.,    C/O Lowndes, Drosdick, Doster, et al,    Att: Valerie N. Brown,
              450 S. Orange Avenue - Suite 800,    Orlando, FL 32801-3344
8322393     +AMERICAN EXPRESS,    C/O PHILLIPS & COHEN ASSOCIATES, LTD.,    258 CHAPMAN RD. #205,
              NEWARK DE 19702-5444
8348817     +ARIZONA DEPARTMENT OF ECONOMIC SECURITY,    CHILD SUPPORT ENFORCEMENT,    TODD SHERIDAN,
              1275 W. WASHINGTON,    PHOENIX, AZ 85007-2926
8322394      ASSOCIATED CREDIT,    P.O. BOX 9100,    HOPKINTON MA 01748-9100
8322395     +ATTORNEY GENERAL OF ARIZONA,    RE: CHILD SUPPORT ENFORCEMENT,    1275 W. WASHINGTON,
              PHOENIX AZ 85007-2926
8322396     +AZ DES CHILD SUPPORT,    2222 W. ENCANTO BLVD.,    PHOENIX AZ 85009-2845
8814495      American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
8322397     +BANK OF AMERICA,    KENNETH D. LEWIS, PRESIDENT,    100 N. TRYON ST.,    CHARLOTTE NC 28202-4000
8322398     +BANNER HEALTH,    P.O. BOX 2978,    PHOENIX AZ 85062-2978
8322399     +CBA COLLECTION BUREAU,    25954 EDEN LANDING RD,    HAYWARD CA 94545-3837
8322400      CHASE,    CARDMEMBER SERVICE,    P.O. BOX 94014,    PALATINE IL 60094-4014
8322402      COLLECTION SERVICE BUREAU,    P.O. BOX 310,    SCOTTSDALE AZ 85252-0310
8499773      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
8322403     +E.C. SEARS,    2002 STOCKTON HILL ROAD,    STE 101,    KINGMAN AZ 86401-4698
8581396      FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
              Oklahoma City, OK 73124-8809
8322404     +FIRSTSOURCE ADVANTAGE, LLC,    205 BRYANT WOODS SOUTH,    BUFFALO NY 14228-3609
8322405      FMS INC,    PO BOX 707600,    TULSA OK 74170-7600
8322406     +GATEWAY INTL BIBLE INSTITUTE,    20401 N 29TH AVE,    STE 110,    PHOENIX AZ 85027-3154
8322407     +MANN BRACKEN, LLP.,    2325 CLAYTON RD.,    CONCORD CA 94520-2104
8322408     +NES - NATIONAL ENTERPRISE SYSTEMS,    29125 SOLON RD,    SOLON OH 44139-3442
8479300     +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
              PO Box 19008,    Greenville, SC 29602-9008
8322409     +SCOTTSDALE SONORAN VILLAS,    VACATION OWNERS ASSOC.,    PO BOX 105042,    ATLANTA GA 30348-5042
8322410     +SONORA QUEST LABORATORIES,    PO BOX 78162,    PHOENIX AZ 85062-8162
8322411     +STARWOOD VACATION OWNERSHIP,    9002 SAN MARCO CT,    ORLANDO FL 32819-8600
8322412     +TRANSWORLD SYSTEMS,    PO BOX 1864,    SANTA ROSA CA 95402-1864
8322413     +UNVL/CITI,    PO BOX 6241,    SIOUX FALLS SD 57117-6241
8322414     +WELLS FARGO,    P.O. BOX 9210,    DES MOINES IA 50306-9210
8582275     +WESTIN SVO ARIZONA, INC.,    c/o Lowndes Drosdick,    Valerie N. Brown,Esq.,    450 S. Orange Avenue,
              Suite 800,    Orlando, FL 32801-3344
8322415     +WESTING SVO ARIZONA,    8801 VISTANA CENTRE DRIVE,    ORLANDO FL 32821-6354
8322416     +WFF CARDS,    3201 N 4TH AVE,    SIOUX FALLS SD 57104-0700
8322417     +WFFINANCE,    13615 N. 35TH AVE.,    PHOENIX AZ 85029-1243
8604316     +Wells Fargo Bank NA,    4137 121st Street,    Urbandale IA 50323-2310
8731949     +Wells Fargo Financial Arizona, Inc.,    4137 121st Street,    Urbandale, IA 50323-2310
```

The following entities were noticed by electronic transmission on Mar 01, 2010.
```
8765627       E-mail/PDF: rmscedi@recoverycorp.com Mar 02 2010 02:16:05
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                              TOTAL: 1
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8322401      CLIENT TO PROVIDE
                                                                                            TOTALS: 1, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

```
District/off: 0970-2         User: estrellam          Page 2 of 2              Date Rcvd: Mar 01, 2010
Case: 09-18090               Form ID: pdf001          Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 03, 2010**                          **Signature:**     *Joseph Speetjens*